# EXHIBIT C

Charted Claims:
Method: 1, 2, 3

| US7272296B2 | AVID Media Composer ("Accused Product") |
|---|---|
| 1. A method for playing recording video programming, characterized by the steps of: | The accused product practices a method for playing recording video programming (e.g., video file or clip).<br><br>As shown below, AVID Media Composer is a video editing software tool, which performs editing, styling, adding motion effects, drop shadows, removing objects etc. while simultaneously playing and recording (saving/storing/exporting) video programming (e.g., video file or clip).<br><br><br><br>https://www.avid.com/ |



https://www.avid.com/media-composer



https://www.avid.com/media-composer#Video-Editing



**Boost your creative flow**

NEW!

Work the way you want to work, with a modern interface that makes editing easier and more fluid. Task-oriented workspaces—Edit, Color, Audio, and Effects—provide just the tools you need. You can even resize, rearrange, and hide panels.

**Accelerate multicam editing**

Show every angle of your story with ease with the Emmy Award-winning multicamera editing toolset. Sync up to 64 different angles automatically—even with different formats and frames—so you can immediately edit and align shots as needed.

**Design stunning visuals**

Add dramatic flair to your stories with built-in VFX, filters, and titles. Take your creative vision further with more video plugins and advanced tools to create composites, motion effects, transitions, graphics, and animation.

https://www.avid.com/media-composer#Video-Editing



https://www.avid.com/media-composer#Video-Editing



The Updated Timeline in Media Composer

2:19

https://www.avid.com/media-composer#Video-Editing



https://www.avid.com/media-composer#Video-Editing



https://youtu.be/VNbMkWh8UAo



https://resources.avid.com/SupportFiles/attach/Keyboard%20Shortcuts.pdf

| displaying a first time line which is sub-divided into a first plurality of equal time length increments and a second time line which is sub- | The accused product practices a method for displaying a first time line which is sub-divided into a first plurality of equal time length increments and a second time line which is sub-divided into a second plurality of equal time length increments wherein said first and second time lines are displayed at the same time, and the first plurality and second plurality of time increments are different time lengths.

As shown below, AVID Media Composer provides a feature to display video programming in multiple timeline (i.e. first and second time lines) at the same time, side by side. The user is also provided with an option to set |

| | |
|---|---|
| divided into a second plurality of equal time length increments wherein said first and second time lines are displayed at the same time, and the first plurality and second plurality of time increments are different time lengths; | the plurality of equal time length increments for individual timelines (by setting the Playback Frame Rate (frames per second (fps))) out of the multiple timelines displayed. In the given context, the first and second timelines are Project timeline and source timeline respectively. Upon information and belief, the source timeline (second timeline) plays videos in source frame rate (fps).<br><br><br>https://www.avid.com/media-composer |

RESOURCES



Second time line which is subdivided into a second plurality of equal time length increments

First time line which is subdivided into a first plurality of equal time length increments

Recorded program from a storage medium

https://www.avid.com/resource-center/whats-new-in-media-composer-2021-6

**Timeline settings**



*Looking through the Timeline Settings in Media Composer 2018.7 I don't see a way to turn the Live Timeline off ... but why would you ever want to?*

https://www.provideocoalition.com/5-minutes-with-avid-media-composer-2018-7-and-the-new-live-timeline/



https://www.youtube.com/watch?v=EaUynRjsIuE



https://youtu.be/VNbMkWh8UAo



https://youtu.be/VNbMkWh8UAo



https://youtu.be/VNbMkWh8UAo

| | |
|---|---|
| playing back recorded programming from a storage medium, wherein when the first time line is selected, said programming is either jumped ahead or backwards by a time increment corresponding to said first time line in response to a user command, and | The accused product practices a method for playing back recorded programming (e.g., video file or clip) from a storage medium (e.g., storage folder), wherein when the first time line is selected, said programming is either jumped ahead (e.g., fast forward) or backwards (e.g., rewind) by a time increment corresponding to said first time line in response to a user command (e.g., play/pause, rewind or fast forward).<br><br>As shown below, AVID Media Composer provides a feature to import a recorded programming (e.g., video file or clip), which can be displayed on a predefined timeline (i.e. first timeline by setting the Playback Frame Rate (frames per second (fps))). The user can also perform playback functions like play/pause, rewind or fast forward for the recorded programming (e.g., video file or clip), present on the said first time line, in response to a user command. |



https://www.avid.com/resource-center/whats-new-in-media-composer-2021-6

https://www.avid.com/resource-center/whats-new-in-media-composer-2021-6



https://youtu.be/VNbMkWh8UAo

**Timeline settings**



*Looking through the Timeline Settings in Media Composer 2018.7 I don't see a way to turn the Live Timeline off ... but why would you ever want to?*

https://www.provideocoalition.com/5-minutes-with-avid-media-composer-2018-7-and-the-new-live-timeline/



https://www.youtube.com/watch?v=EaUynRjsIuE



https://resources.avid.com/SupportFiles/attach/Keyboard%20Shortcuts.pdf

| playing back said recorded programming, wherein when the second time line is selected, said programming is either jumped | The accused product practices a method for  playing back said recorded programming (e.g., video file or clip), wherein when the second time line is selected, said programming is either jumped ahead (e.g., fast forward) or backwards (e.g., rewind) by a time increment corresponding to said second time line in response to said command (e.g., play/pause, rewind or fast forward).<br><br>As shown below, AVID Media Composer provides a feature to import a recorded programming (e.g., video file or clip), which can be displayed on a predefined timeline (i.e. second timeline by with Source Frame Rate (frames per second (fps))). The second timeline is referred to the source timeline in this present context. The |

| ahead or backward by a time increment corresponding to said second time line in response to said command. | user can also perform playback functions like play/pause, rewind or fast forward for the recorded programming (e.g., video file or clip), present on the said second time line, in response to a user command. Upon information and belief, the source timeline (second timeline) plays videos in source frame rate (fps).  https://www.avid.com/resource-center/whats-new-in-media-composer-2021-6 |

RESOURCES



**Second time line which is subdivided into a second plurality of equal time length increments**

**First time line which is subdivided into a first plurality of equal time length increments**

**Recorded program from a storage medium**

https://www.avid.com/resource-center/whats-new-in-media-composer-2021-6



https://youtu.be/VNbMkWh8UAo

**Timeline settings**



*Looking through the Timeline Settings in Media Composer 2018.7 I don't see a way to turn the Live Timeline off ... but why would you ever want to?*

https://www.provideocoalition.com/5-minutes-with-avid-media-composer-2018-7-and-the-new-live-timeline/



https://www.youtube.com/watch?v=EaUynRjsIuE



https://resources.avid.com/SupportFiles/attach/Keyboard%20Shortcuts.pdf

| 2. The method of claim 1, wherein a cursor is displayed relative to said first time line, if selected, or said second time line, if selected, | The accused product practices a method wherein a cursor is displayed relative to said first time line, if selected, or said second time line, if selected; corresponding to the time duration elapsed for said recorded programming (e.g., video file or clip). |
|---|---|

corresponding to the time duration elapsed for said recorded programming.



https://youtu.be/VNbMkWh8UAo



https://youtu.be/VNbMkWh8UAo

| 3. The method of claim 1, wherein in response to a user command, a displayed cursor moves from said first time line to said second time line. | The accused product practices a method wherein response to a user commands (e.g., play/pause, rewind or fast forward), a displayed cursor moves from said first time line to said second time line. |
| | As shown, when the project playback is played the cursor moves through the first timeline and when source preview is selected, the cursor moves through the second timeline. |



https://youtu.be/VNbMkWh8UAo



https://youtu.be/VNbMkWh8UAo