## CIVIL COVER SHEET ATTACHMENT

**Related Cases** (Including Present Action)

| Jurisdiction | Date Filed | Case Name | Case Number |
| --- | --- | --- | --- |
| D.Del. |  | Benderloch Technologies LLC v. Grass Valley USA, LLC | Being filed concurrently. |
| D.Del. |  | Benderloch Technologies LLC v. AVID Technologies, Inc. | Being filed concurrently. |