## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BENDERLOCH TECHNOLOGIES LLC,<br><br>  Plaintiff,<br><br>v.<br><br>AVID TECHNOLOGY, INC.<br><br>  Defendant. | Civil Action No.: 1:21-cv-01666-RGA<br><br>**TRIAL BY JURY DEMANDED** |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Benderloch Technologies LLC, subject to the approval of the Court, that defendant Avid Technology, Inc.'s time to answer, move, or otherwise respond to the Complaint in this action shall be extended by thirty (30) days, up to and including March 4, 2022.

The reason for this requested extension is to allow Defendants additional time to investigate the allegations set forth in the Complaint and to consider an appropriate response. No party will be prejudiced by this extension of time.

Dated: January 28, 2022

Of counsel:

Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: chong@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

-2-

**SO ORDERED**, this _____ day of January, 2022.

 

_____
UNITED STATES DISTRICT JUDGE