**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **BENDERLOCH TECHNOLOGIES LLC,** | Civil Action No.: 1:21-cv-01666-RGA |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **AVID TECHNOLOGIES, INC., et al.,** | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes Plaintiff, Benderloch Technologies LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant AVID Technology, Inc. in the within action WITHOUT PREJUDICE. AVID Technology, Inc. has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: February 17, 2022 | Respectfully submitted, |
| Of Counsel: | CHONG LAW FIRM PA |
| Howard L. Wernow (*Pro hac vice*) | /s/ Jimmy Chong_____ |
| SAND, SEBOLT & WERNOW CO., LPA | Jimmy Chong (#4839) |
| Aegis Tower – Suite 1100 | 2961 Centerville Road, Suite 350 |
| 4940 Munson Street NW | Wilmington, DE 19808 |
| Canton, Ohio 44718 | Telephone: (302) 999-9480 |
| Telephone: (330) 244-1174 | Facsimile: (302) 800-1999 |
| Facsimile: (330244-1173 | Email: chong@chonglawfirm.com |
| Email: howard.wernow@sswip.com | |
| | ATTORNEYS FOR PLAINTIFF |